# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MERIDIAN DENTAL LABORATORIES, LTD. | § § § | |
| v. | § § § | |
| SONNY CHIANG a/k/a SONNY KIA-SANG CHIANG a/k/a KIA-SANG CHIANG a/k/a SONNY KIN SANG CHIANG a/k/a SONNY KINSANG CHIANG a/k/a SONNY KIN-SANG CHIANG a/k/a KIN SANG CHIANG a/k/a JIANSHENG JIANG | § § § § § § § § | CIVIL ACTION NO. 3:21-CV-1189-S |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion and Memo in Support of Motion for Default Judgment,* filed April 29, 2022 (doc. 23), is **GRANTED**. A separate final judgment will be entered in the plaintiff's favor against the defendant.

**SO ORDERED.**

SIGNED March 30, 2023.

UNITED STATES DISTRICT JUDGE